```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| MARY KNOWLES, et al., | NO. CV-14-3083-LRS |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| -vs- | |
| HUNTER & RENFRO, LLP; and LAW OFFICES OF RANDY C. RENFRO, P.S., et al., | |
| Defendants. | |

**BEFORE THE COURT** is Plaintiff Kavanaugh's "Notice of Nonsuit," ECF No. 12, filed March 19, 2015. Defendants have not served an answer, counterclaim, or motion for summary judgment in this action. Accordingly, **IT IS ORDERED** that Plaintiff's Notice (ECF No. 12), which the Court construes as a motion, is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and **close the file**.

**DATED** this 30th day of March, 2015.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER ~ 1